UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
CAMBA REGALA, AGNES § Case No. 08-19170
REGALA, ALAN V §
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter     of the United States Bankruptcy Code on         . The undersigned trustee was appointed on             .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $

   Funds were disbursed in the following amounts:

   Administrative expenses
   Payments to creditors
   Non-estate funds paid to 3rd Parties
   Payments to the debtor

   Leaving a balance on hand of[1]     $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

      6.  The deadline for filing claims in this case was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 08-19170 | JBS | Judge: JACK B. SCHMETTERER | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | CAMBA REGALA, AGNES | | | | Date Filed (f) or Converted (c): | 07/25/08 (f) |
| | REGALA, ALAN V | | | | 341(a) Meeting Date: | 08/27/08 |
| For Period Ending: | 07/01/10 | | | | Claims Bar Date: | 01/16/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1131 COVE DRIVE, PROSPECT HEIGHTS | 170,000.00 | 7,249.00 | | 0.00 | 7,249.00 |
| 2. CHASE BANK CHECKING ACCOUNT | 60.88 | 0.00 | | 0.00 | 0.00 |
| 3. SECURITY DEP -NICOR GAS | 124.66 | 0.00 | | 0.00 | 0.00 |
| 4. MISC FURNISHINGS | 750.00 | 0.00 | | 0.00 | 0.00 |
| 5. BOOKS/CDS/TAPES | 750.00 | 0.00 | | 0.00 | 0.00 |
| 6. WEARING APPAREL | 1,200.00 | 0.00 | | 0.00 | 0.00 |
| 7. JEWELRY | 1,500.00 | 0.00 | | 0.00 | 0.00 |
| 8. COMPUTER AND FAX | 500.00 | 0.00 | | 0.00 | 0.00 |
| 9. PI CLAIM (u) | 0.00 | Unknown | | 1,250,000.00 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 183.68 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $174,885.54 | $7,249.00 | | $1,250,183.68 | $7,249.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ASSET NOTICE FILED 10-16-08

-Final Report in progress

Initial Projected Date of Final Report (TFR): 03/31/10     Current Projected Date of Final Report (TFR): 12/31/10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 08-19170 -JBS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | CAMBA REGALA, AGNES | Bank Name: | Bank of America, N.A. |
|  | REGALA, ALAN V | Account Number / CD #: | 4429208528  Money Market - Interest Bearing |
| Taxpayer ID No: | *******6313 |  |  |
| For Period Ending: | 07/01/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 11/13/09 | 9 | State Farm Mutual Automobile Ins. Co. | PERSONAL INJURY INS. PROCEEDS | 1142-000 | 1,000,000.00 |  | 1,000,000.00 |
| 11/13/09 | 9 | State Farm Mutual Automobile Ins. Co. | PERSONAL INJURY INS. PROCEEDS | 1142-000 | 250,000.00 |  | 1,250,000.00 |
| 11/23/09 |  | Transfer to Acct #4429208544 | TRANSFER TO WRITE CHECKS | 9999-000 |  | 788,539.38 | 461,460.62 |
| 11/30/09 | 10 | Bank of America, N.A. | Interest Rate 0.070 | 1270-000 | 22.31 |  | 461,482.93 |
| 12/31/09 | 10 | Bank of America, N.A. | Interest Rate 0.070 | 1270-000 | 27.44 |  | 461,510.37 |
| 01/28/10 |  | Transfer to Acct #4429208544 | TRANSFER TO WRITE CHECKS | 9999-000 |  | 50,000.00 | 411,510.37 |
| 01/29/10 | 10 | Bank of America, N.A. | Interest Rate 0.070 | 1270-000 | 27.05 |  | 411,537.42 |
| 02/15/10 |  | Transfer to Acct #4429208544 | TRANSFER TO WRITE CHECKS | 9999-000 |  | 514.03 | 411,023.39 |
| 02/26/10 | 10 | Bank of America, N.A. | Interest Rate 0.070 | 1270-000 | 22.09 |  | 411,045.48 |
| 03/31/10 | 10 | Bank of America, N.A. | Interest Rate 0.070 | 1270-000 | 24.44 |  | 411,069.92 |
| 04/29/10 |  | Transfer to Acct #4429208544 | TRANSFER TO WRITE CHECKS | 9999-000 |  | 94,357.18 | 316,712.74 |
| 04/30/10 | 10 | Bank of America, N.A. | Interest Rate 0.070 | 1270-000 | 23.29 |  | 316,736.03 |
| 05/28/10 | 10 | Bank of America, N.A. | Interest Rate 0.070 | 1270-000 | 18.83 |  | 316,754.86 |
| 06/30/10 | 10 | Bank of America, N.A. | Interest Rate 0.070 | 1270-000 | 18.23 |  | 316,773.09 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 1,250,183.68 | 933,410.59 | 316,773.09 |
| Less:  Bank Transfers/CD's | 0.00 | 933,410.59 |  |
| Subtotal | 1,250,183.68 | 0.00 |  |
| Less:  Payments to Debtors |  | 0.00 |  |
| Net | 1,250,183.68 | 0.00 |  |

Page Subtotals  1,250,183.68  933,410.59

Ver: 15.09

LFORM24

UST Form 101-7-TFR (9/1/2009) *(Page: 4)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 08-19170 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CAMBA REGALA, AGNES | | Bank Name: | Bank of America, N.A. |
| | REGALA, ALAN V | | Account Number / CD #: | 4429208544 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6313 | | | |
| For Period Ending: | 07/01/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/23/09 | | Transfer from Acct #4429208528 | TRANSFER TO WRITE CHECKS | 9999-000 | 788,539.38 | | 788,539.38 |
| 11/23/09 | 001001 | Glen J. Guth, Esq. | Special Counsel Fees & Costs | | | 421,039.38 | 367,500.00 |
| | | Guth Rubio Ltd. | per 11/10/09 o/c | | | | |
| | | 111 W. Wacker Dr., Suite 818 | $416,666.66 Fees  $4,372.72 Costs | | | | |
| | | Chicago, IL 60602 | | | | | |
| | | | Fees         416,666.66 | 3210-000 | | | 367,500.00 |
| | | | Expenses      4,372.72 | 3220-000 | | | 367,500.00 |
| 11/23/09 | 001002 | Monumental Life | Full & Final Distribution | 7100-000 | | 52,500.00 | 315,000.00 |
| | | | Satisfaction of Subrogation claim | | | | |
| | | | per 11/10/09 o/c | | | | |
| 11/23/09 | 001003 | Alan V. Regala | DEBTOR EXEMPTIONS | 8100-002 | | 15,000.00 | 300,000.00 |
| | | 1131 Cove Drive | Personal Injury exemption per 11/10/09 o/c | | | | |
| | | Prospect Heights, IL 60070-1904 | Full & Final Satisfaction | | | | |
| 11/23/09 | 001004 | Alan V. Regala | Interim Distribution Excess Funds | 8200-002 | | 300,000.00 | 0.00 |
| | | 1131 Cove Drive | per 11/10/09 o/c | | | | |
| | | Prospect Heights, IL 60070-1904 | | | | | |
| 01/28/10 | | Transfer from Acct #4429208528 | TRANSFER TO WRITE CHECKS | 9999-000 | 50,000.00 | | 50,000.00 |
| * 01/28/10 | 001005 | Alan V. Regala and Agnes Camba Regala | INTERIM DISTRIBUTION | 8200-003 | | 50,000.00 | 0.00 |
| | | 1131 Cove Drive | | | | | |
| | | Prospect Heights, IL 60070-1904 | | | | | |
| * 01/28/10 | 001005 | Alan V. Regala and Agnes Camba Regala | INTERIM DISTRIBUTION | 8200-003 | | -50,000.00 | 50,000.00 |
| | | 1131 Cove Drive | | | | | |
| | | Prospect Heights, IL 60070-1904 | | | | | |
| 01/28/10 | 001006 | Alan V. Regala | INTERIM DISTRIBUTION | 8200-002 | | 50,000.00 | 0.00 |
| | | 1131 Cove Drive | | | | | |
| | | Prospect Heights, IL 60070-1904 | | | | | |
| 02/15/10 | | Transfer from Acct #4429208528 | TRANSFER TO WRITE CHECKS | 9999-000 | 514.03 | | 514.03 |
| 02/15/10 | 001007 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM BOND# 016026455 | 2300-000 | | 514.03 | 0.00 |

Page Subtotals     839,053.41     839,053.41

Ver: 15.09

LFORM24

UST Form 101-7-TFR (9/1/2009) *(Page: 5)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 08-19170 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CAMBA REGALA, AGNES | | Bank Name: | Bank of America, N.A. |
| | REGALA, ALAN V | | Account Number / CD #: | 4429208544  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6313 | | | |
| For Period Ending: | 07/01/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/29/10 | | ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139<br>Transfer from Acct #4429208528 | TRANSFER TO WRITE CHECKS | 9999-000 | 94,357.18 | | 94,357.18 |
| 04/29/10 | 001008 | Internal Revenue Service<br>Pob 21126<br>Philadelphia PA 19114 | INTERIM DIST ALLOW PER 4/29/10 O/C | 4300-000 | | 33,024.69 | 61,332.49 |
| 04/29/10 | 001009 | Internal Revenue Service<br>Pob 21126<br>Philadelphia PA 19114 | INTERIM DIST ALLOW PER 4/29/10 O/C | 7300-000 | | 4,537.17 | 56,795.32 |
| 04/29/10 | 001010 | Illinois Department of Revenue Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | INTERIM DIST ALLOW PER 4/29/10 O/C | 7300-000 | | 288.00 | 56,507.32 |
| 04/29/10 | 001011 | Illinois Department of Revenue Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | INTERIM DIST ALLOW PER 4/29/10 O/C | 2810-000 | | 4,602.32 | 51,905.00 |
| 04/29/10 | 001012 | Illinois Department of Revenue Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | INTERIM DIST ALLOW PER 4/29/10 O/C | 7300-000 | | 1,905.00 | 50,000.00 |
| 04/29/10 | 001013 | ALAN REGALA<br>1131 COVE DRIVE<br>PROSPECT HEIGHTS, IL  60070 | INTERIM DIST - SURPLUS FUNDS | 8200-002 | | 50,000.00 | 0.00 |

Page Subtotals    94,357.18    94,357.18

Ver: 15.09

LFORM24

UST Form 101-7-TFR (9/1/2009) (Page: 6)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 08-19170 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CAMBA REGALA, AGNES | | Bank Name: | Bank of America, N.A. |
| | REGALA, ALAN V | | Account Number / CD #: | 4429208544  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6313 | | | |
| For Period Ending: | 07/01/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 933,410.59 | 933,410.59 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 933,410.59 | 0.00 | |
| | | | Subtotal | | 0.00 | 933,410.59 | |
| | | | Less:  Payments to Debtors | | | 415,000.00 | |
| | | | Net | | 0.00 | 518,410.59 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market - Interest Bearing - 4429208528 | 1,250,183.68 | 0.00 | 316,773.09 |
| Checking Account (Non-Interest Earn - 4429208544 | 0.00 | 518,410.59 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 1,250,183.68 | 518,410.59 | 316,773.09 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 15.09

LFORM24

UST Form 101-7-TFR (9/1/2009) *(Page: 7)*

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-19170 | | Page 1 | | | Date: July 01, 2010 |
| Debtor Name: | CAMBA REGALA, AGNES | | Claim Type Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001B 999 2810-00 | Internal Revenue Service<br>Pob 21126<br>Philadelphia PA 19114 | Secured | Filed 11/10/08<br>(1-1) modified on 11/13/08 to correct creditor address (dg)<br>Amended 11/17/09 | $0.00 | $33,024.69 | $33,024.69 |
| 000002B 999 2810-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Secured | Filed 11/12/08 | $0.00 | $4,602.32 | $4,602.32 |
| 001 3110-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603<br>Tax Id: 37-1501169 | Administrative | | $0.00 | $11,246.00 | $11,246.00 |
| 001 3120-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603<br>Tax Id: 37-1501169 | Administrative | | $0.00 | $204.13 | $204.13 |
| 000001A 080 7300-00 | Internal Revenue Service<br>Pob 21126<br>Philadelphia PA 19114 | Unsecured | Filed 11/10/08<br>(1-1) modified on 11/13/08 to correct creditor address (dg)<br>Amended 11/17/09 | $0.00 | $4,537.17 | $4,537.17 |
| 000002A 080 7300-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | Filed 11/12/08 | $0.00 | $288.00 | $288.00 |
| 000002C 080 7300-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | Filed 11/12/08 | $0.00 | $1,905.00 | $1,905.00 |
| 999 8200-00 | AGNES CAMBA REGALA<br>1131 COVE DRIVE<br>PROSPECT HEIGHTS, IL 60070 | Unsecured | | $0.00 | $0.00 | $273,723.27 |
| | Case Totals: | | | $0.00 | $55,807.31 | $329,530.58 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

                                                                                 Exhibit D

Case No.: 08-19170
Case Name: CAMBA REGALA, AGNES
      REGALA, ALAN V
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| Internal Revenue Service | $ |
|  | $ |
|  | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: ANDREW J. MAXWELL, TRUSTEE | $ | $ |
| Attorney for trustee: MAXWELL LAW GROUP, LLC | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

UST Form 101-7-TFR (9/1/2009) *(Page: 9)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

      Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

      Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001A* | *Internal Revenue Service* | $_____ | $_____ |
| *000002A* | *Illinois Department of Revenue Bankruptcy Section* | $_____ | $_____ |
| *000002C* | *Illinois Department of Revenue Bankruptcy Section* | $_____ | $_____ |

      The amount of surplus returned to the debtor after payment of all claims and interest is $_____ .