## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CAMBA REGALA, AGNES | § | Case No. 08-19170 |
| REGALA, ALAN V | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> CLERK OF COURT
> UNITED STATES BANKRUPTCY CT.
> 219 S. DEARBORN STREET
> CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 08/26/2010 in Courtroom 682,
> United States Courthouse
> 219 South Dearborn Street
> Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/01/2010              By: /s/ Andrew J. Maxwell
                                                 Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

UST Form 101-7-NFR (9/1/2009) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re:                                                    §
                                                          §
CAMBA REGALA, AGNES                                       §        Case No. 08-19170
REGALA, ALAN V                                            §
                                                          §
                                                          §
               Debtor(s)                                  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 1,250,183.68 |
| *and approved disbursements of* | $ | 933,410.59 |
| *leaving a balance on hand of*[1] | $ | 316,773.09 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* | |
|---|---|---:|
| *Internal Revenue Service* | $ | 0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | | *Expenses* | |
|---|---|---:|---|---:|
| *Trustee: ANDREW J. MAXWELL,* | | | | |
| *TRUSTEE* | $ | 31,323.02 | $ | 0.00 |
| *Attorney for trustee: MAXWELL LAW* | | | | |
| *GROUP, LLC* | $ | 11,246.00 | $ | 204.13 |
| *Appraiser:* | $ | | $ | |
| *Auctioneer:* | $ | | $ | |
| *Accountant:* | $ | | $ | |
| *Special Attorney for trustee:* | $ | | $ | |
| *Charges:* | $ | | $ | |

---

[1] *The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.*

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Fees: _____ | $_____ | $_____ |
| Other: _____ | $_____ | $_____ |
| Other: _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor: _____ | $_____ | $_____ |
| Attorney for: _____ | $_____ | $_____ |
| Accountant for: _____ | $_____ | $_____ |
| Appraiser for: _____ | $_____ | $_____ |
| Other: _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0  percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 6,730.17  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 100.1  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001A | Internal Revenue Service | $ 4,537.17 | $ 4.48 |
| 000002A | Illinois Department of Revenue Bankruptcy Section | $ 288.00 | $ 0.28 |
| 000002C | Illinois Department of Revenue Bankruptcy Section | $ 1,905.00 | $ 1.88 |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 273,723.27.

Prepared By: /s/ Andrew J. Maxwell _____
Trustee

1  Debtor received previous distributions totaling $415,000.00.

UST Form 101-7-NFR (9/1/2009) (Page: 4)

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dgomez          Page 1 of 2          Date Rcvd: Jul 29, 2010
Case: 08-19170               Form ID: pdf006        Total Noticed: 57


The following entities were noticed by first class mail on Jul 31, 2010.
db/jdb      +Agnes Camba Regala,   Alan V Regala,   1131 Cove Drive,   Prospect Heights, IL 60070-1904
aty         +Andrew J Maxwell, ESQ,   Maxwell Law Group, LLC,   105 West Adams Street  Ste 3200,
             Chicago, IL 60603-6209
aty         +Jaclyn H. Smith,   Maxwell Law Group, LLC,   105 W. Adams Street,   Suite 3200,
             Chicago, IL 60603-6209
aty         +Maxwell Law Group, LLC,   105 W. Adams, Ste 3200,   Chicago, IL 60603-6209
aty         +Robert Thomas,   Robert Thomas, Attorney at Law,   1655 N. Arlington Heights Road,
             Arlington Heights, IL 60004-3982
aty         +Vikram R Barad,   Maxwell Law Group, LLC,   105 W. Adams Street, Suite 3200,
             Chicago, IL 60603-6209
tr          +Andrew J Maxwell, ESQ,   Maxwell & Potts, LLC,   105 West Adams Street,   Suite 3200,
             Chicago, IL 60603-6209
12449854    +ACC International,   ACC Bldg.,   919 Estes Court,   Schaumburg, IL 60193-4427
12449856    +AMC Anesthesia Ltd,   35078 Eagle Way,   Chicago, IL 60678-0001
12449857    +ARC Accounts Recovery,   6405 218th Street SW,   Ste. 302,   Mountlake Terrace, WA 98043-2180
12449855    +Advance Ambulance,   Dba Midwest Medical Center,   33906 Treasury Center,
             Chicago, IL 60694-3900
12741652    +American Express Gold,   Customer Service,   Pob 981535,   El Paso TX 79998-1535
12741654    +Bank of America,   Pob 15027,   Wilmington DE 19850-5027
12741653    +Bank of America,   Pob 15184,   Wilmington DE 19850-5184
12449861    +CCA Collection Company,   700 Longwater Drive,   P.O. Box 806,   Norwell, MA 02061-0806
12449865    +CMI Credit Management LP,   4200 International Pkwy,   Carrollton, TX 75007-1930
12449859    +Capital One Bank,   P.O. Box 85520,   Richmond, VA 23285-5520
12449851    +Carrington Mortgage,   1610 E Saint Andrew Place,   Santa Ana, CA 92705-4931
12449862    +Certegy Check Services, Inc.,   P.O. Box 30048,   Tampa, FL 33630-3048
12449863    +Certified Services Inc,   1733 Washington Street,   Ste. 2,   Waukegan, IL 60085-5192
12741655    +Chase Merriott Visa,   Pob 15298,   Wilmington DE 19850-5298
12449864    +Check Into Cash of Illinois,   Dba Check Into Cash,   781 W. Golf Rd.,
             Des Plaines, IL 60016-2414
12741656    +Citi Cards,   Pob 6000,   The Lakes NV 89163-0001
12449866    +Daniel R. Greenberg MD,   800 Austin St.,   Ste. 256,   Evanston, IL 60202-3477
12449867    +Dimitri G. Parros MD,   800 Austin St.,   Ste. 507,   Evanston, IL 60202-3478
12449868    +First Premier Bank,   601 S. Minnesota Ave.,   Sioux Falls, SD 57104-4868
12449869    +Great Lakes Specialty Finance,   Dba Check N Go,   8305 Golf Rd.,   Niles, IL 60714-1113
12741658    +HMM Pallets,   3344 S Lawndale Ave,   Chicago IL 60623-5006
12449871    +I C System Inc.,   P.O. Box 64378,   Saint Paul, MN 55164-0378
12449853   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
            (address filed with court:  Internal Revenue Service,   Pob 21126,   Philadelphia PA 19114)
12449852     Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
12741659    +Land and Lakes,   21900 S Central Ave,   Matteson IL 60443-2802
12449872    +Mayfair Family Care,   2740 W Foster,   Ste. 103,   Chicago, IL 60625-3547
12449873    +Medical Business Bureau, LLC,   1175 Devin Dr.,   Ste. 171,   Muskegon, MI 49441-6079
12449874     Merican Recovery Systems,   1966 Wall Street,   Ste. 300,   Mount Prospect, IL 60056
12449875    +Midwest Diagnostic Pathology,   75 Remittance Dr.,   Ste. 3070,   Chicago, IL 60675-3070
12449876    +Morton Grove Medical Imaging,   6910 S. Madison,   Willowbrook, IL 60527-5504
12741661    +National City Bank,   Pob 3038,   Kalamazoo MI 49003-3038
12741660    +National City Bank,   1900 E Ninth St,   Cleveland OH 44114-3484
12449860     OSI Collection Services,   P.O. Box 550720,   Jacksonville, FL 32255
12449878    +Oakton Park Medical Center,   4555 Oakton St.,   Skokie, IL 60076-3178
12449879    +One Iron Ventures, Inc.,   Dba First Cash Advance,   4705 N. Pulaski,   Chicago, IL 60630-4312
12741663    +P & R Pallets,   c/o Teller, Levit & Silvertrust, PC,   11 E Adams St.,   Chicago IL 60603-6301
12449880    +Quality Healthcare,   525 W Golf Rd.,   Arlington Heights, IL 60005-3904
12449881    +SCH Laboratory Physicians,   Dept. 4353,   Carol Stream, IL 60122-0001
12741664    +Sears Card,   Pob 6924,   The Lakes NV 88901-6924
12449882    +Swedish Covenant Hospital,   5145 N California Ave.,   Chicago, IL 60625-3687
12449883    +Title Lenders Inc.,   Dba USA payday Loan,   790 Estate Drive,   Deerfield, IL 60015-4878
12449884    +Unifund CCR Partner,   Attn: Bankruptcy Dept.,   10625 Techwoods Circle,
             Cincinnati, OH 45242-2846
12449886    +WFFinancial,   1191 E. Dundee Rd.,   Palatine, IL 60074-8306
12741666    +Wells Fargo Business Direct,   Pob 348750,   Sacramento CA 95834-8750

The following entities were noticed by electronic transmission on Jul 29, 2010.
12449885    +E-mail/PDF: LR@arthuradler.com Jul 30 2010 01:36:52     Adler & Associates, Ltd.,
             25 E. Washington,   Ste. 500,   Chicago, IL 60602-1703
12449858    +E-mail/Text: RBALTAZAR@ARMORSYS.COM                          Armor Systems Corp.,
             1700 Kiefer Drive,   Ste. 1,   Zion, IL 60099-5105
12449863    +E-mail/Text: CSINC@TDS.NET                          Certified Services Inc,
             1733 Washington Street,   Ste. 2,   Waukegan, IL 60085-5192
12741657     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 30 2010 01:32:24    Discover Card,   Pob 30943,
             Salt Lake City UT 84130
12449870    +E-mail/Text: bkynotice@harvardcollect.com                          Harvard Collection,
             4839 N. Elston Ave.,   Chicago, IL 60630-2589
12741662    +E-mail/Text: bankrup@nicor.com                          Nicor Gas,   Pob 416,
             Aurora IL 60568-0001
12449877     E-mail/Text: bankrup@nicor.com                          Nicor Gas,   P.O. Box 2020,
             Aurora, IL 60507-2020
                                                                               TOTAL: 7
```

```
District/off: 0752-1          User: dgomez           Page 2 of 2              Date Rcvd: Jul 29, 2010
Case: 08-19170               Form ID: pdf006         Total Noticed: 57


            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12856378*    Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
12741665    ##+Washington Mutual Bank,    Attn: Small Business Lending,   HOU-1319, 3200 SW Freeway,
              Houston TX 77027-7528
12449887    ##+Yellow Pages United,   P.O. Box 95450,   Atlanta, GA 30347-0450
                                                                    TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 31, 2010**                    **Signature:** _____Joseph Speetjens_____