UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| CAMBA REGALA, AGNES | § | Case No. 08-19170 |
| REGALA, ALAN V | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____       By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Alan V. Regala |  |  |  |
| Alan V. Regala |  |  |  |
| Alan V. Regala |  |  |  |
| ALAN REGALA |  |  |  |
| AGNES CAMBA REGALA |  |  |  |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Carrington Mortgage 1610 E Saint Andrew Place Santa Ana, CA 92705 | | | | | |
| 000001B | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE BANK | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MAXWELL LAW GROUP, LLC | | | | | |
| GLEN J. GUTH, ESQ. | | | | | |
| GLEN J. GUTH, ESQ. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Lien Unit PO Box 19035 Springfield, IL 62794 | | | | | |
| | Internal Revenue Service PO Box 745 District Director Chicago, IL 60690 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service PO Box 745 District Director Chicago, IL 60690 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACC Internatinoal ACC Bldg 919 Estes Court Schaumburg, IL 60193 | | | | | |
| | AMC Anesthisia Ltd 35078 Eagle Way Chicago, IL 60678 | | | | | |
| | AMC Anesthisia Ltd 35078 Eagle Way Chicago, IL 60678 | | | | | |
| | ARC Accounts Recovery 6405 218th Street SW Ste 302 Mountlake Terrace, WA 98043 | | | | | |
| | Advance Ambulance dba Midwest Medical Services 33906 Treasury Center Chicago, IL 60694 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Armor Systems Corp. 1700 Kiefer Drive Ste 1 Zion IL 60099 | | | | | |
| | Armor Systems Corp. 1700 Kiefer Drive Ste 1 Zion IL 60099 | | | | | |
| | Armor Systems Corp. 1700 Kiefer Drive Ste 1 Zion IL 60099 | | | | | |
| | Armor Systems Corp. 1700 Kiefer Drive Ste 1 Zion IL 60099 | | | | | |
| | Armor Systems Corp. 1700 Kiefer Drive Ste 1 Zion IL 60099 | | | | | |
| | CCA Collection Company 700 Longwater Drive PO Box 806 Norwell MA 02061 | | | | | |
| | CMI Credit Management LP 4200 International Pkwy Carrollton, TX 75007 | | | | | |
| | Capital 1 Bank PO Box 85520 Richmond, VA 23285 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Capital One PO Box 85520 Richmond, VA 23285 |  |  |  |  |  |
|  | Certegy Check Services, Inc. PO Box 30048 Tampa, FL 33600-3048 |  |  |  |  |  |
|  | Certegy Check Services, Inc. PO Box 30048 Tampa, FL 33600-3048 |  |  |  |  |  |
|  | Certified Services Inc 1733 Washington Street Suite 2 Waukegan, IL 60085 |  |  |  |  |  |
|  | Check Into Cash of Illinois dba Check Into Cash 781 W. Golf Rd. Des Plaines, IL 60016 |  |  |  |  |  |
|  | Daniel R. Greenberg MD 800 Austin St. Ste. 256 Evanston, IL 60202 |  |  |  |  |  |
|  | Dimitri G. Parros MD 800 Austin St. Ste. 507 Evanston, IL 60202 |  |  |  |  |  |
|  | First Premier Bank 601 S. Minnesota Avenue Sioux Falls, SD 57104 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Great Lakes Specialty Finance dba Check N Go 8305 Golf Road Niles, IL 60714 | | | | | |
| | Harvard Collection 4839 N. Elston Avenue Chicago, IL 60630 | | | | | |
| | Harvard Collection 4839 N. Elston Avenue Chicago, IL 60630 | | | | | |
| | I C System Inc. PO Box 64378 Saint Paul, MN 55164 | | | | | |
| | Mayfair Family Care 2740 W Foster Ste. 103 Chicago, IL 60625 | | | | | |
| | Mayfair Family Care S.C. 2740 W. Foster Ste. 103 Chicago, IL 60625 | | | | | |
| | Medical Business Bureau, LLC 1175 Devin Dr Ste. 171 Muskogon, MI 49441 | | | | | |
| | Merican Recovery Systems 1699 Wall Street Ste. 300 Mount Prospect IL 60056 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midwest Diagnostic Pathology 75 Remittance Dr. Ste. 3070 Chicago, IL 60675 | | | | | |
| | Morton Grove Medical Imaging 6910 S. Madison Willowbrook, IL 60527 | | | | | |
| | Nicor Gas PO Box 2020 Aurora, IL 60507-2020 | | | | | |
| | Oakton Park Medical Center 4555 Oakton Street Skokie, IL 60076 | | | | | |
| | One Iron Ventures, Inc. dba First Cash Advance 4705 N. Pulaski Chicago, IL 60630 | | | | | |
| | Quality Healthcare 525 W golf Road Arlington Height, IL 60005 | | | | | |
| | Representing: Capital One | | | | | |
| | Representing: Unifund CCR Partner | | | | | |
| | SCH Laboratory Physicians Dept 4353 Carol Stream, IL 60122 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SCH Laboratory Physicians Dept 4353 Carol Stream, IL 60122 | | | | | |
| | SCH Laboratory Physicians Dept 4353 Carol Stream, IL 60122 | | | | | |
| | Swedish Covenant Hospital 5145 N. California Ave. Chicago, IL 60625 | | | | | |
| | Swedish Covenant Hospital 5145 N. California Ave. Chicago, IL 60625 | | | | | |
| | Title Lenders Inc. dba USA Payday Loan 790 Estate Drive Deerfield, IL 60015 | | | | | |
| | Unifund CCR Partner Attn: Bankruptcy Dept. 10625 Techwoods Circle Cincinnati, OH 45242 | | | | | |
| | WFFinancial 1191 E. Dundee Road Palatine, IL 60074 | | | | | |
| | Yellow Pages United PO Box 95450 Atlanta, GA 30347 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MONUMENTAL LIFE | | | | | |
| 000002C | ILLINOIS DEPARTMENT OF REVENUE BANK | | | | | |
| 000002A | ILLINOIS DEPARTMENT OF REVENUE BANK | | | | | |
| 000001A | INTERNAL REVENUE SERVICE | | | | | |
| | ILLINOIS DEPARTMENT OF REVENUE BANK | | | | | |
| | ILLINOIS DEPARTMENT OF REVENUE BANK | | | | | |
| | 521-CLERK OF THE US BANKRUPTCY CT | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ | $ | $ | $ |

Case 08-19170 Doc 48 Filed 12/29/10 Entered 12/29/10 10:32:39 Desc Main
Document Page 13 of 18

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 08-19170 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | CAMBA REGALA, AGNES | | | Date Filed (f) or Converted (c): | 07/25/08 (f) |
| | REGALA, ALAN V | | | 341(a) Meeting Date: | 08/27/08 |
| For Period Ending: 12/15/10 | | | | Claims Bar Date: | 01/16/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1131 COVE DRIVE, PROSPECT HEIGHTS | 170,000.00 | 7,249.00 | | 0.00 | 7,249.00 |
| 2. CHASE BANK CHECKING ACCOUNT | 60.88 | 0.00 | | 0.00 | 0.00 |
| 3. SECURITY DEP -NICOR GAS | 124.66 | 0.00 | | 0.00 | 0.00 |
| 4. MISC FURNISHINGS | 750.00 | 0.00 | | 0.00 | 0.00 |
| 5. BOOKS/CDS/TAPES | 750.00 | 0.00 | | 0.00 | 0.00 |
| 6. WEARING APPAREL | 1,200.00 | 0.00 | | 0.00 | 0.00 |
| 7. JEWELRY | 1,500.00 | 0.00 | | 0.00 | 0.00 |
| 8. COMPUTER AND FAX | 500.00 | 0.00 | | 0.00 | 0.00 |
| 9. PI CLAIM (u) | 0.00 | Unknown | | 1,250,000.00 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 217.71 | Unknown |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $174,885.54 | $7,249.00 | | $1,250,217.71 | $7,249.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-Distribution made - 100% plus interest to all creditors

-Large surplus to Debtors

-FR filed w/USTR 7/1/10 w/ clerk 7-28-10

-ASSET NOTICE FILED 10-16-08

Initial Projected Date of Final Report (TFR): 03/31/10      Current Projected Date of Final Report (TFR): 12/31/10

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 08-19170 -JBS |
| Case Name: | CAMBA REGALA, AGNES |
| | REGALA, ALAN V |
| Taxpayer ID No: | *******6313 |
| For Period Ending: | 12/15/10 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | 4429208528 Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/13/09 | 9 | State Farm Mutual Automobile Ins. Co. | PERSONAL INJURY INS. PROCEEDS | 1142-000 | 1,000,000.00 | | 1,000,000.00 |
| 11/13/09 | 9 | State Farm Mutual Automobile Ins. Co. | PERSONAL INJURY INS. PROCEEDS | 1142-000 | 250,000.00 | | 1,250,000.00 |
| 11/23/09 | | Transfer to Acct #4429208544 | TRANSFER TO WRITE CHECKS | 9999-000 | | 788,539.38 | 461,460.62 |
| 11/30/09 | 10 | Bank of America, N.A. | Interest Rate 0.070 | 1270-000 | 22.31 | | 461,482.93 |
| 12/31/09 | 10 | Bank of America, N.A. | Interest Rate 0.070 | 1270-000 | 27.44 | | 461,510.37 |
| 01/28/10 | | Transfer to Acct #4429208544 | TRANSFER TO WRITE CHECKS | 9999-000 | | 50,000.00 | 411,510.37 |
| 01/29/10 | 10 | Bank of America, N.A. | Interest Rate 0.070 | 1270-000 | 27.05 | | 411,537.42 |
| 02/15/10 | | Transfer to Acct #4429208544 | TRANSFER TO WRITE CHECKS | 9999-000 | | 514.03 | 411,023.39 |
| 02/26/10 | 10 | Bank of America, N.A. | Interest Rate 0.070 | 1270-000 | 22.09 | | 411,045.48 |
| 03/31/10 | 10 | Bank of America, N.A. | Interest Rate 0.070 | 1270-000 | 24.44 | | 411,069.92 |
| 04/29/10 | | Transfer to Acct #4429208544 | TRANSFER TO WRITE CHECKS | 9999-000 | | 94,357.18 | 316,712.74 |
| 04/30/10 | 10 | Bank of America, N.A. | Interest Rate 0.070 | 1270-000 | 23.29 | | 316,736.03 |
| 05/28/10 | 10 | Bank of America, N.A. | Interest Rate 0.070 | 1270-000 | 18.83 | | 316,754.86 |
| 06/30/10 | 10 | Bank of America, N.A. | Interest Rate 0.070 | 1270-000 | 18.23 | | 316,773.09 |
| 07/30/10 | 10 | Bank of America, N.A. | Interest Rate 0.070 | 1270-000 | 18.83 | | 316,791.92 |
| 08/26/10 | 10 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 15.20 | | 316,807.12 |
| 08/26/10 | | Transfer to Acct #4429208544 | Final Posting Transfer | 9999-000 | | 316,807.12 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 1,250,217.71 | 1,250,217.71 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 1,250,217.71 | |
| Subtotal | | 1,250,217.71 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 1,250,217.71 | 0.00 | |

Page Subtotals 1,250,217.71 1,250,217.71

Ver: 16.01a

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 14)

FORM 2          Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**      Exhibit 9

| Case No: | 08-19170 -JBS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | CAMBA REGALA, AGNES | Bank Name: | Bank of America, N.A. |
|  | REGALA, ALAN V | Account Number / CD #: | 4429208544 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6313 |  |  |
| For Period Ending: | 12/15/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 11/23/09 |  | Transfer from Acct #4429208528 | TRANSFER TO WRITE CHECKS | 9999-000 | 788,539.38 |  | 788,539.38 |
| 11/23/09 | 001001 | Glen J. Guth, Esq. | Special Counsel Fees & Costs |  |  | 421,039.38 | 367,500.00 |
|  |  | Guth Rubio Ltd. | per 11/10/09 o/c |  |  |  |  |
|  |  | 111 W. Wacker Dr., Suite 818 | $416,666.66 Fees  $4,372.72 Costs |  |  |  |  |
|  |  | Chicago, IL 60602 |  |  |  |  |  |
|  |  |  | Fees     416,666.66 | 3210-000 |  |  |  |
|  |  |  | Expenses     4,372.72 | 3220-000 |  |  |  |
| 11/23/09 | 001002 | Monumental Life | Full & Final Distribution | 7100-000 |  | 52,500.00 | 315,000.00 |
|  |  |  | Satisfaction of Subrogation claim |  |  |  |  |
|  |  |  | per 11/10/09 o/c |  |  |  |  |
| 11/23/09 | 001003 | Alan V. Regala | DEBTOR EXEMPTIONS | 8100-002 |  | 15,000.00 | 300,000.00 |
|  |  | 1131 Cove Drive | Personal Injury exemption per 11/10/09 o/c |  |  |  |  |
|  |  | Prospect Heights, IL 60070-1904 | Full & Final Satisfaction |  |  |  |  |
| 11/23/09 | 001004 | Alan V. Regala | Interim Distribution Excess Funds | 8200-002 |  | 300,000.00 | 0.00 |
|  |  | 1131 Cove Drive | per 11/10/09 o/c |  |  |  |  |
|  |  | Prospect Heights, IL 60070-1904 |  |  |  |  |  |
| 01/28/10 |  | Transfer from Acct #4429208528 | TRANSFER TO WRITE CHECKS | 9999-000 | 50,000.00 |  | 50,000.00 |
| * 01/28/10 | 001005 | Alan V. Regala and Agnes Camba Regala | INTERIM DISTRIBUTION | 8200-003 |  | 50,000.00 | 0.00 |
|  |  | 1131 Cove Drive |  |  |  |  |  |
|  |  | Prospect Heights, IL 60070-1904 |  |  |  |  |  |
| * 01/28/10 | 001005 | Alan V. Regala and Agnes Camba Regala | INTERIM DISTRIBUTION | 8200-003 |  | -50,000.00 | 50,000.00 |
|  |  | 1131 Cove Drive |  |  |  |  |  |
|  |  | Prospect Heights, IL 60070-1904 |  |  |  |  |  |
| 01/28/10 | 001006 | Alan V. Regala | INTERIM DISTRIBUTION | 8200-002 |  | 50,000.00 | 0.00 |
|  |  | 1131 Cove Drive |  |  |  |  |  |
|  |  | Prospect Heights, IL 60070-1904 |  |  |  |  |  |
| 02/15/10 |  | Transfer from Acct #4429208528 | TRANSFER TO WRITE CHECKS | 9999-000 | 514.03 |  | 514.03 |
| 02/15/10 | 001007 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM BOND# 016026455 | 2300-000 |  | 514.03 | 0.00 |

Page Subtotals     839,053.41     839,053.41

Ver: 16.01a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-19170 -JBS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | CAMBA REGALA, AGNES | Bank Name: | Bank of America, N.A. |
|  | REGALA, ALAN V | Account Number / CD #: | 4429208544  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6313 | | |
| For Period Ending: | 12/15/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | ONE SHELL SQUARE | | | | | |
| | | 701 POYDRAS STREET, STE 420 | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 04/29/10 | | Transfer from Acct #4429208528 | TRANSFER TO WRITE CHECKS | 9999-000 | 94,357.18 | | 94,357.18 |
| 04/29/10 | 001008 | Internal Revenue Service | INTERIM DIST ALLOW PER 4/29/10 O/C | 4300-000 | | 33,024.69 | 61,332.49 |
| | | Pob 21126 | | | | | |
| | | Philadelphia PA 19114 | | | | | |
| 04/29/10 | 001009 | Internal Revenue Service | INTERIM DIST ALLOW PER 4/29/10 O/C | 7300-000 | | 4,537.17 | 56,795.32 |
| | | Pob 21126 | | | | | |
| | | Philadelphia PA 19114 | | | | | |
| 04/29/10 | 001010 | Illinois Department of Revenue Bankruptcy Section | INTERIM DIST ALLOW PER 4/29/10 O/C | 7300-000 | | 288.00 | 56,507.32 |
| | | P.O. Box 64338 | | | | | |
| | | Chicago, IL 60664-0338 | | | | | |
| 04/29/10 | 001011 | Illinois Department of Revenue Bankruptcy Section | INTERIM DIST ALLOW PER 4/29/10 O/C | 2810-000 | | 4,602.32 | 51,905.00 |
| | | P.O. Box 64338 | | | | | |
| | | Chicago, IL 60664-0338 | | | | | |
| 04/29/10 | 001012 | Illinois Department of Revenue Bankruptcy Section | INTERIM DIST ALLOW PER 4/29/10 O/C | 7300-000 | | 1,905.00 | 50,000.00 |
| | | P.O. Box 64338 | | | | | |
| | | Chicago, IL 60664-0338 | | | | | |
| 04/29/10 | 001013 | ALAN REGALA | INTERIM DIST - SURPLUS FUNDS | 8200-002 | | 50,000.00 | 0.00 |
| | | 1131 COVE DRIVE | | | | | |
| | | PROSPECT HEIGHTS, IL 60070 | | | | | |
| 08/26/10 | | Transfer from Acct #4429208528 | Transfer In From MMA Account | 9999-000 | 316,807.12 | | 316,807.12 |
| 08/26/10 | 001014 | ANDREW J. MAXWELL | Chapter 7 Compensation/Fees | 2100-000 | | 31,323.02 | 285,484.10 |
| | | 105 W. Adams | | | | | |
| | | SUITE 3200 | | | | | |
| | | CHICAGO, ILLINOIS 60603 | | | | | |
| 08/26/10 | 001015 | MAXWELL LAW GROUP, LLC | Full and Final Distribution | 3110-000 | | 11,246.00 | 274,238.10 |
| | | 105 WEST ADAMS | (Claim#) | | | | |
| | | SUITE 3200 | | | | | |

Page Subtotals         411,164.30          136,926.20

Ver: 16.01a

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 16)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-19170 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CAMBA REGALA, AGNES | | Bank Name: | Bank of America, N.A. |
| | REGALA, ALAN V | | Account Number / CD #: | 4429208544  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6313 | | | |
| For Period Ending: | 12/15/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/26/10 | 001016 | CHICAGO, IL 60603<br>MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Full and Final Distribution<br>(Claim#) | 3120-000 | | 204.13 | 274,033.97 |
| * 08/26/10 | 001017 | Internal Revenue Service<br>Pob 21126<br>Philadelphia PA 19114 | Full and Final Distribution<br>(Claim#) | 7990-003 | | 4.48 | 274,029.49 |
| 08/26/10 | 001018 | Illinois Department of Revenue Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Full and Final Distribution<br>(Claim#) | 7990-000 | | 0.28 | 274,029.21 |
| 08/26/10 | 001019 | Illinois Department of Revenue Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Full and Final Distribution<br>(Claim#) | 7990-000 | | 1.88 | 274,027.33 |
| 08/26/10 | 001020 | AGNES CAMBA REGALA<br>1131 COVE DRIVE<br>PROSPECT HEIGHTS, IL  60070 | Full and Final Distribution<br>(Claim#) | 8200-002 | | 274,027.33 | 0.00 |
| * 11/16/10 | 001017 | Internal Revenue Service<br>Pob 21126<br>Philadelphia PA 19114 | Full and Final Distribution | 7990-003 | | -4.48 | 4.48 |
| 11/16/10 | 001021 | CLERK OF THE US BANKRUPTCY CT | Turnover funds | 7990-001 | | 4.48 | 0.00 |

Page Subtotals       0.00       274,238.10

Ver: 16.01a

LFORM24

UST Form 101-7-TDR (10/1/2010)  *(Page: 17)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 08-19170 -JBS |
| Case Name: | CAMBA REGALA, AGNES |
| | REGALA, ALAN V |
| Taxpayer ID No: | *******6313 |
| For Period Ending: | 12/15/10 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | 4429208544 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 1,250,217.71 | 1,250,217.71 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 1,250,217.71 | 0.00 | |
| | | | Subtotal | | 0.00 | 1,250,217.71 | |
| | | | Less: Payments to Debtors | | | 689,027.33 | |
| | | | Net | | 0.00 | 561,190.38 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market - Interest Bearing - 4429208528 | 1,250,217.71 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - 4429208544 | 0.00 | 561,190.38 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 1,250,217.71 | 561,190.38 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 16.01a